**FILED**

09/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0232

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0232

| | | |
|---|---|---|
| JAMES DAVID SIMPSON, | ) | |
| | ) | |
| Petitioner/Appellant, | ) | |
| | ) | **ORDER GRANTING** |
| vs. | ) | **FOURTH EXTENSION** |
| | ) | **OF TIME TO FILE** |
| MUSSELSHELL COUNTY BOARD | ) | **OPENING BRIEF** |
| OF COMMISSIONERS, | ) | |
| | ) | |
| Respondent/Appellee. | ) | |
| | ) | |

Appellant/Petitioner James David Simpson has moved the Court, pursuant to M.R.App.P. 26(2), for an extension from September 18, 2020, up to an including October 16, 2020, in which to file his opening brief in this matter. It is supported by affidavit of counsel. Appellee/Respondent Musselshell County Board of Commissioners does not oppose the motion.

Pursuant to the authority granted under M.R.App.P. 26(2), and good cause having been shown, Appellant, James David Simpson, is given an extension of time up to and including October 16, 2020, to file his opening brief.

DATED this _____ day of September, 2020

_____
Montana Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 11 2020